UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES of AMERICA :
: Cr. 00-697-(02) (PGS)
:
V. :
: ORDER
:
JACOB S. ADAMS, JR.
:

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel.

It is on this 2nd, day of April 2020,

O R D E R E D that Federal Public Defender Julie McGrain, AFPD for the District of New Jersey, is hereby appointed to represent said defendant in this cause until further order of the Court.

*s/Peter G. Sheridan*
PETER G. SHERIDAN, U.S.D.J.

cc: Petitioner
    Federal Public Defender